## Beeruk Estate.

Submitted January 21, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*George L. Fenner, Sr.,* appellant, in propria persona.

*John M. Dudrick,* for appellee.

OPINION PER CURIAM, March 20, 1970:
Decree affirmed. Appellant to pay costs.